**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6371

ORLANDO FOREMAN,

             Petitioner - Appellant,

     v.

TIMOTHY S. STEWART, Warden; U.S. PAROLE COMMISSION,

             Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.   (8:13-cv-01377-DKC)

Submitted:  June 19, 2014              Decided:  June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Orlando  Foreman,  Appellant  Pro  Se.    Jakarra  Jenise  Jones,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Foreman, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Foreman v. Stewart</u>, No. 8:13-cv-01377-DKC (D. Md. Feb. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>